**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:         DWB Consulting, LLC v. Benjamin Ratliff

Appellate case number:    01-19-00867-CV

Trial court case number:   CV-0082265

Trial court:                        County Court at Law No. 1 of Galveston County

     Appellee, Benjamin Ratliff, has filed an opposed motion to extend his briefing deadline by 21 days in this accelerated appeal. Ten days have passed without a response from appellant, DWB Consulting, LLC. *See* TEX. R. APP. P. 10.3(a). Accordingly, the Court **grants** appellee's motion and extends his briefing deadline to January 24, 2020.

     It is so ORDERED.

Judge's signature:    /s/  Evelyn V. Keyes
                  ☑ Acting individually    ☐ Acting for the Court

Date: January 16, 2020